# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Russell Burd,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 12-1351-CV-W-JTM |
| ) | |
| **Paradise Asphalt Maintenance.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to the entry of the *Joint Stipulation Of Dismissal With Prejudice*, filed July 30, 2013 [Doc. 12], the above captioned matter is DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

                                            */s/ John T. Maughmer*
                                                **John T. Maughmer**
                                       **United States Magistrate Judge**